**United States District Court**
Middle District of Pennsylvania
P.O. Box 868
Harrisburg, PA 17108-0868

FILED
HARRISBURG, PA

JUN 12 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**SYLVIA H. RAMBO**
**United States District Judge**

RE: Michael Barnett v. Pennsylvania Commonwealth of Pennsylvania, et al.
Civil Action #1:01-CV-986

The referenced action has been assigned to me. If service of the initial pleading is not made within the time allotted by the rules of procedure, a status report shall be submitted to the court addressing the reasons for the delay and the course of action being taken.

Once joinder of this matter has been accomplished, the court will issue an order setting a time and date for a mandatory conference between counsel for all parties and the court. Such a conference is mandated by Rule 16 of the Federal Rules of Civil Procedure. The purpose of this conference is to establish deadlines for the management of this case. The order scheduling the conference will inform the parties in more detail of their responsibilities in preparation for this conference. Accordingly, it is essential that the answer or other responsive pleading and motions be filed at the earliest possible. To this end, counsel, as well as <u>pro se</u> litigants, are admonished not to enter into agreements for extensions of time without also seeking court approval. The court will not honor such agreements standing alone.

The parties are advised that they shall comply with Federal Rule of Civil Procedure 26 -- this district has not opted out of that rule. However, the joint case management plan contemplates discovery prior to the Rule 26(f) meeting and is, therefore, deemed to be an exception to the limitation on discovery contained in the first sentence of Rule 26(d). Counsel shall not cease active discovery efforts pending disposition of a motion to dismiss.

Any inquiries you have concerning this case and its progress should be directed to Mark J. Armbruster, Deputy Clerk of Court, P.O. Box 983, Federal Building, Harrisburg, Pennsylvania, telephone number (717) 221-3927.

Sincerely,

/s/ Sylvia H. Rambo

Sylvia H. Rambo, Judge
United States District Court

cc: Judge Sylvia H. Rambo
   Andrew J. Ostrowski