ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BARNETT,           :
                    Plaintiff  :
                           :   No. 1:CV-01-0986
        v.                 :
                           :   Judge Rambo ———
COMMONWEALTH OF            :
PENNSYLVANIA, DEPARTMENT OF :
PUBLIC WELFARE (HARRISBURG :
STATE HOSPITAL), TERRY KEITER, :
and JOHN O. NWOKEJI, individually :
and in their official capacity, :
                    Defendants :

FILED
HARRISBURG
SEP 0 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants Terry Keiter and John

O. Nwokeji.

_____
**VICTORIA S. FREIMUTH**
**Deputy Attorney General**

**OFFICE OF ATTORNEY GENERAL**
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-9711
FAX (717) 772-4526

Date: September 4, 2001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BARNETT,                :

                 **Plaintiff**   :

                      :    **No. 1:CV-01-0986**

    v.                  :

                      :    **Judge Rambo**

COMMONWEALTH OF         :
PENNSYLVANIA, DEPARTMENT OF  :
PUBLIC WELFARE (HARRISBURG    :
STATE HOSPITAL), TERRY KEITER,  :
and JOHN O. NWOKEJI, individually    :
and in their official capacity,         :

               **Defendants** :

## CERTIFICATE OF SERVICE

I, Victoria S. Freimuth, Deputy Attorney General for the

Commonwealth of Pennsylvania, hereby certify that on September 4, 2001, I

served a true and correct copy of the foregoing Entry of Appearance, by causing it

to be deposited in the United States Mail, first-class postage prepaid to the

following:

       Andrew J. Ostrowski, Esquire
       4311 North Sixth Street
       Harrisburg, PA  17110

                                      _____
                                      **VICTORIA S. FREIMUTH**
                                      **Deputy Attorney General**