ORIGINAL ⑦

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

12-11-01
MP

# UNITED STATES DISTRICT COURT

_MIDDLE_ District of _PA_

MICHAEL BARNETT
Plaintiff

v.

Com of PA, DGS, et al
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE –
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

FILED
HARRISBURG, PA

Case Number: 1CV01-0986

DEC 10 2001

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff | 12/16/01 |
| Victoria A. Frent | Defendants | 12/11/01 |
| | | |
| | | |

FILED
HARRISBURG, PA
DEC 11 2001
MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _J. Andrew Smyser_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_12/11/01_          [signature]
Date                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  1:01-cv-00986   Barnett v. Dpmt of Public Welfa

True and correct copies of the attached were mailed by the clerk to the following:

    Andrew J. Ostrowski, Esq.
    4311 N. 6th St.
    Harrisburg, PA  17110

    Victoria S. Freimuth, Esq.
    Office of Attorney General
    Strawberry Square, 15th Floor
    Harrisburg, PA  17120

cc:
Judge                         (X )          ( ) Pro Se Law Clerk
Magistrate Judge              (X )          ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Other_____       ( )

MARY E. D'ANDREA, Clerk

DATE: December 11th, 2001

BY: _____
    Deputy Clerk