UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BARNETT, | : | CIVIL NO. **1:CV-01-0986** |
| Plaintiff | : | |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF PUBLIC WELFARE (HARRISBURG STATE HOSPITAL), TERRY KEITER and JOHN O. NWOKEJI, Individually and in their official capacity, | : | |
| Defendants | : | |

### ORDER

**IT IS ORDERED** that a case management conference will be conducted by the court on **January 17, 2002, at 2:30 p.m.**, in Chambers, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. This conference will be <u>in person</u> unless a party requests that the conference be held by telephone and the request has the concurrence of all parties. It will then be the responsibility of the requesting party to so inform the court and to place the conference call.

J. Andrew Smyser
Magistrate Judge

Dated: December 18, 2001.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 18, 2001

Re:  1:01-cv-00986   Barnett v. Dpmt of Public Welfa

True and correct copies of the attached were mailed by the clerk to the following:

Andrew J. Ostrowski, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Victoria S. Freimuth, Esq.
Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA  17120

cc:
Judge                         ( )
Magistrate Judge              ( )         ( ) Pro Se Law Clerk
U.S. Marshal                  ( )         ( ) INS
Probation                     ( )         ( ) Jury Clerk
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____        ( )

                                          MARY E. D'ANDREA, Clerk

DATE: _____12/18/01_____          BY: _____
                                          Deputy Clerk