

cc: Jounel cv

10
1/18/02

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| BARNETT v. COMM. OF PA | 1:01-CV-0986 | Consent |

| Proceeding: | Case Management Conference |
|---|---|

| Set For: | January 17, 2002 | At: | 2:30 p.m. |
|---|---|---|---|

| Time Commenced: | 2:20 P.M. | Time Terminated: | 2:37 P.M. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Andrew Ostrowski, Esquire | Victoria S. Freimuth, DAG |

**REMARKS:** CASE MANAGEMENT CONFERENCE

FILED
HARRISBURG, P

JAN 17 2002

MARY E. D'ANDREA
PER _____ /s/ _____
DEPUTY CLERK

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061400