JUDGE'S COPY

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUL 18 2002

| | |
|---|---|
| Michael Barnett,<br>    Plaintiff<br><br>v.<br><br>Commonwealth of Pennsylvaina, Departmenty of Public Welfare (Harrisburg State Hospital), Terry Keiter, and John O. Nwokeji, Individually and in their official capacity,<br>    Defendants | : Civil Action No. 1:CV-01-0986<br>:<br>: (Magistrate Judge Smyser)<br>:<br>:<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Please mark the above-captioned matter as dismissed by Plaintiff in accordance with Fed. R. Civ. P. 41.

Respectfully Submitted,

By_____
Andrew J. Ostrowski, Esquire
I.D. No.: 66420
4311 North 6th Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: July 18, 2002

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by first-class mail, addressed as follows:

Victoria S. Freimuth, Esquire
Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

By_____
Andrew J. Ostrowski, Esquire
4311 North Sixth Street
Harrisburg, PA  17110
(717) 221-9500

Dated: July 18, 2002