cc: MJ Smyser; Atty Ostrowski; Atty Freemuck
2 Ct Rptrs + Jury Clerk

13
go 7/29/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BARNETT, | : | CIVIL NO. **1:CV-01-0986** |
| Plaintiff | : | (Magistrate Judge Smyser) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF PUBLIC WELFARE (HARRISBURG STATE HOSPITAL), TERRY KEITER and JOHN O. NWOKEJI, Individually and in their official capacity, | : | **FILED**<br>HARRISBURG, PA<br>JUL 29 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Defendants | : | |

<u>ORDER</u>

Plaintiff filed a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41. Therefore, **IT IS ORDERED** that the pretrial conference set for September 19, 2002 and the jury trial set for October 7, 2002 are **CANCELLED.**

J. Andrew Smyser
Magistrate Judge

Dated: July 29, 2002.